IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. __20-66M__ |
| | ) | |
| Samuel James GULICK, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant,

pursuant to 18 U.S.C. § 3142(e) and (f).  In support of the motion, the United States alleges the

following:

1.  **Eligibility of Case**.  This case is eligible for a detention order because case involves

(**check all that apply**):

    __X__    Crime of violence (18 U.S.C. § 3156)

    _____    Maximum sentence life imprisonment or death

    ____    10+ year drug offense

    ____    Felony, with two prior convictions in above categories

    _____    Minor victim

    __X__    Possession / use of firearm, destructive device or other dangerous weapon

    _____    Failure to register under 18 U.S.C. § 2250

    __X__    Serious risk defendant will flee

    _____    Serious risk obstruction of justice

FILED

JAN - 6 2020

US DISTRICT COURT
DISTRICT OF DELAWARE

2.  **Reason For Detention**.  The court should detain defendant because there are no

conditions of release which will reasonably assure (**check one or both**):

    __X__        Defendant's appearance as required

    __X__        Safety of any other person and the community

3.    **Rebuttable Presumption**.  The United States will not invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

    _____      Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    _____      Previous conviction for "eligible" offense committed while on pretrial bond

4.    **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

    _____      At first appearance

    __X__      After continuance of _3_ days (not more than 3).

5.    **Temporary Detention**.  The United States request the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    _____      1.  At the time the offense was committed the defendant was:

        _____    (a) on release pending trial for a felony;

        _____    (b) on release pending imposition or  execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        _____    (c) on probation or parole for an offense.

    _____      2.  The defendant is not a citizen of the U.S. or lawfully admitted for permanent  residence.

2

_____    3.  The defendant may flee or pose a danger to any other person or the

community.

6.  **Other Matters**.

_____

_____

_____

DATED this _6th_ day of _____January_____, 2020.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

By:_____
Adrienne Dedjinou
Assistant United States Attorney

3