| AO 432 (Rev. 2/84) | Administrative Office of the United States Courts | | | | | |
|---|---|---|---|---|---|---|
| | WITNESS AND EXHIBIT RECORD  DETENTION HEARING | | | | | |
| DATE 2/10/20 | CASE NUMBER 20-06mM | OPERATOR KINCAID | | | PAGE NUMBER | |
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| | | | | | | |

2/10/20 KJK

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| GOVT 1 | SCREEN SHOT OF TEXT MESSAGE AND PHOTO OF "DEUS VULT" ON PLANNED PARENTHOOD BUILDING | NO OBJ | NO OBJ |
| GOVT 2 | COPY OF TEXT MESSAGES | OBJ | OBJ |
| DEFT 1 | CHARACTER LETTER OMNIA HUMANITIES | NO OBJ | NO OBJ |

2/10/20 KJK.



> Speaking of St Michael, I was thinking of making fliers in the style of american WWII propaganda, that says at the top in bold white letters "Do your part in toppling the altars of Molach" then at the bottom "Firebomb your local Planned Parenthood TODAY"  5:46 PM
>
> With a picture of either the Isrealites conquering people or the Spanish conquering the Aztecs  5:48 PM
>
> And on the back it says "90% of arson cases are unsolved" with the locations of all the local planned parenthood abortion mills  5:49 P

**AtariWilliams** Sep 29, 2019 6:15 PM

▇ didnt like my idea. Cant imagine why

Ayyy

Who says being caught was part of it? (edited)

Caught, not caught, whatever. As long as they burn

Frankly being caught just means more suffering to offer up

And God knows ive got PLENTY of that

You're viewing older messages









> 206217624 Sam
>
> The whole organization does them. That whole womens health thing is a sham. Sure they might do mammograms, but at the end of the day, the re e... murderous bastards who in my opinion should be shot. Even if just a few were killed it might make them too scared to actually continue



# Omnia Humanitas

"All That is Good for Mankind"

| PO Box 692, Newark, Delaware, USA 19715 | www.OmniaHumanitas.org |

Wednesday, January 8th, 2020

To Whom It May Concern:

I am writing on behalf of Sam Gulick, as the grateful recipient of his tireless volunteer efforts.

Sam is one of our most prized volunteers. Much of the most recently added physical structure of our two educational farms would not exist except for his help. When we were, quite precipitously, taking on four sheep from a woman who could no longer care for them due to her advanced cancer, he directed the team who enclosed a ¾ acre pasture in a single day. When many tired from driving posts, he kept working. He also single-handedly designed and built the sheep shed. I am a little older and moving bales of hay from the hay barn to the goat barn was becoming more difficult because of the uneven terrain. Sam built me two bridges over a ditch so I could more easily move the hay on my own. Sam notices little things that need to be done, and without fanfare or self aggrandizement simply does them. I can always rely on Sam; whether it's strengthening the buck enclosure fences or simply taking care of the trash, he's always there to help.

While Sam is impatient with himself, he graciously lets others help out, even when it would be easier to do it on his own. His patience while teaching others is laudable, even when he has to help them straighten a nail for the umpteenth time. He has been helping a little boy build his own bookshelf, with dignity and poise.

Sam's debilitating stutter and other severe health issues, never truly stop him from helping when he is needed, even to the detriment of his health. I know he is frustrated by his difficulty in communicating clearly as quickly as he would like. But he never gives up when given the time to express himself. He is as indefatigable as his poor health allows.

Please release Sam to the custody of his loving family, the school that cares so much for him, to his church, and to the volunteer work he does for us all. We will do everything we can to keep him secure and support him through this.

Sincerely,

Melanie Jago Hiner, Founder
Omnia Humanitas & The Kranz Hill Farm
616 New London Road, Newark, DE 19711
302-276-3767
Melanie_Hiner@yahoo.com

