**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 20-06M |
| | ) | |
| SAMUEL JAMES GULICK | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE INDICTMENT

**NOW COMES** the United States of America, by and through its attorneys David C.
Weiss, United States Attorney for the District of Delaware, and Adrienne C. Dedjinou, Assistant
United States Attorney for the District of Delaware, respectfully moves the Court pursuant to
Federal Rule of Criminal Procedure 45(b), Local Rule 5(a), and 18 U.S.C. §§ 3161(b) and
(h)(7)(A), to extend the period of time for the filing of the indictment, and to exclude such time
under the Speedy Trial Act. In support of this motion, the government states the following:

1. On January 4, 2020, the Government charged defendant Samuel James Gulick by
   Criminal Complaint with Maliciously Damaging or Attempting to Damage a Building
   Used in Interstate Commerce Through the Use of Fire or Destructive Device, in
   violation of 18 U.S.C. § 844(i); Intentional Damage to a Reproductive Health Facility
   that Provides Reproductive Health Services, in violation of 18 U.S.C. § 248(a)(3); and
   Possession of an Unregistered Destructive Device, in violation of 26 U.S.C. § 5861(d).

2. On January 6, 2020, Gulick appeared before U.S. Magistrate Judge Mary Pat Thynge.
   Judge Thynge appointed Assistant Federal Public Defender, Conor Wilson, to represent
   Gulick and set a Preliminary and Detention hearing for January 6, 2020.

3. On January 6, 2020, before U.S. Magistrate Judge Mary Pat Thynge. Gulick waived his Preliminary Hearing and requested a 30-day continuance for the Detention Hearing. Judge Thynge granted the motion and set the Detention Hearing for February 10, 2020.

4. On February 10, 2020, the Court held the detention hearing. The Court found that no conditions or combination of conditions could assure the safety of the community and ordered that Gulick remain detained pending trial.

5. After the February 10, 2020, Detention Hearing, the parties conferred. The defense requested that the government not seek an indictment before March 31, 2020, and the government agreed.

6. On February 26, 2020, the Court granted the Unopposed Motion to Extend Time to Indict.

7. The defense and the government have conferred and are in discussions to reach a disposition in lieu of trial.

8. The government requests that the indictment deadline be extended until May 29, 2020.

9. The parties also agree that all intervening time between March 31, 2020, and May 29, 2020, should be excluded under the Speedy Trial Act.

10. The government asserts that the ends of justice would be served by the referenced extension to file the indictment in this matter, given the desire of the parties to reach a plea agreement in lieu of trial.

11. Undersigned counsel spoke with counsel for the defendant, Conor Wilson, and he has no objection.

12. A proposed order is attached.

Respectfully submitted,

DAVID C. WEISS
UNITED STATES ATTORNEY


/s/ *Adrienne C. Dedjinou*

By:   Adrienne C. Dedjinou
       Assistant United States Attorney


Dated: March 27, 2020

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 20-06M |
| | ) | |
| SAMUEL JAMES GULICK | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Having considered the government's unopposed Motion to Extend Time Under the Speedy

Trial Act,

**IT IS HEREBY ORDERED** this _____ day of _____, 2020, that the United

States shall have until **May 29, 2020,** to file an indictment in the above-captioned matter.  The

Court hereby finds that the intervening time between March 31, 2020, and May 29, 2020, shall be

excluded under the Speedy Trial Act. The Court further finds, for the reasons set forth in the

Government's motion, that the ends of justice served by extending the time for the United States

to file an indictment outweigh the interests of the public and the defendant in a speedy trial. 18

U.S.C. § 3161(b) & (h)(7)(A).


_____
United States Magistrate Judge