# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>SAMUEL JAMES GULICK  )<br>)<br>Defendant.   ) | Criminal Action No. 20-06M |

**O R D E R**

Having considered the government's unopposed Motion to Extend Time Under the Speedy Trial Act,

**IT IS HEREBY ORDERED** this __30th__ day of __September__, 2020, that the United States shall have until **October 30, 2020,** to file an indictment in the above-captioned matter. The Court hereby finds that the intervening time between September 30, 2020, and October 30, 2020, shall be excluded under the Speedy Trial Act. The Court further finds, for the reasons set forth in the Government's motion, that the ends of justice served by extending the time for the United States to file an indictment outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(b) & (h)(7)(A).

_____
United States Magistrate Judge
Sherry R. Fallon